**B. H. Molner, Appellee, v. Helen and John Arendt et al. Stanley L. Brown, for use of B. H. Molner, Assignee, v. Pressed Steel Car Company, Appellant.**

Gen. No. 42,869.

opinion
filed May 23, 1944. James J. O'Toole and E. C. Frank Meier, for appellant; C. A. Caplow, for appellee. Opinion by JUSTICE SCANLAN. Not to be published in full.